46446. STARKS v. ROBINSON.
(377 SE2d 503)

ORDER OF COURT.

Upon consideration of the petition for certiorari filed to review the judgment of the Court of Appeals in this case, it is ordered that the writ be hereby denied.

*All the Justices concur, except Smith, J., who dissents.*

SMITH, Justice, dissenting.

The correct method of determining damages is set out in *Union Camp Corp. v. Helmy*, 258 Ga. 263, 267 (367 SE2d 796) (1988).

The trial court erred in failing to sustain the plaintiff's objection to the improper argument advanced by the defendant's attorney. See *Starks v. Robinson*, 189 Ga. App. 168 (375 SE2d 86) (1988).

ORDERED FEBRUARY 2, 1989.